ORIGINAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

ROBINS SOUVERIN and MARIE CAMILLE, individually and as m/n/g of ROBINS JUNY SOUVERIN, ROBERTE JOCLYN SOUVERIN & MARSHELEY JOANNE SOUVERIN, all infants under the age of fourteen years,

                    Plaintiffs,

-against-

THE CITY OF NEW York, et al.

                    Defendants
-----------------------------------------------------------------x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ JUN 09 2005 ★
BROOKLYN OFFICE

**ORDER ON**
**INFANT COMPROMISES**
Case No. 03-CV-3870 (FB)(SMG)

THIS ACTION IS ASSIGNED TO JUDGE BLOCK & MAGISTRATE JUDGE GOLD

       This action having been brought under 42 U.SC. § 1983 and state law against the City of New York and various individual defendants on behalf of the infant plaintiffs, ROBINS JUNY SOUVERIN, ROBERTE JOCLYN SOUVERIN and MARSHELEY JOANNE SOUVERIN, by their mother and natural guardian MARIE CAMILLE; and the matter having been settled for the sum of FIVE THOUSAND DOLLARS as to ROBINS JUNY SOUVERIN, FIVE THOUSAND DOLLARS as to ROBERTE JOCLYN SOUVERIN and FIVE THOUSAND DOLLARS as to MARSHELEY JOANNE SOUVERIN; and MARIE CAMILLE and the infant plaintiffs having appeared before the Court and having been examined; and the Court having considered the affidavits of MICHAEL COLIHAN, ESQ., and MARIE CAMILLE, it is hereby

ORDERED, ADJUDGED and DECREED that the settlement of this action as to the infant plaintiffs in the total sum of FIVE THOUSAND DOLLARS as to ROBINS JUNY SOUVERIN, FIVE THOUSAND DOLLARS as to ROBERTE JOCLYN SOUVERIN and FIVE THOUSAND DOLLARS as to MARSHELEY JOANNE SOUVERIN is hereby approved; and it is

ORDERED, ADJUDGED and DECREED that, of the settlement proceeds, FIVE THOUSAND DOLLARS ($5,000.00) is to be deposited at CITIBANK, N.A., located at 885 Flatbush Avenue, Brooklyn, New York, in the name of MARIE CAMILLE, as m/n/g of the infant plaintiff ROBINS JUNY SOUVERIN; and it is

ORDERED, ADJUDGED and DECREED that, pursuant to N.Y. C.P.L.R. § 1206,

(a) said account shall be fully insured at all times, and

(b) said amount shall be deposited in an account with the highest yield available, irrespective of whether the aforesaid amount is deposited in a savings account, certificate of deposit, or other form of deposit, and

(c) the date of maturity shall not extend beyond the date when the said infant ROBINS JUNY SOUVERIN reaches the age of eighteen years and upon maturity of said deposits, said funds shall continue to draw interest at the highest available yield, and

(d) no withdrawal shall be permitted until the said infant is eighteen years of age, except upon further order of this Court, and

(e) the said bank, upon demand of the said infant ROBINS JUNY SOUVERIN, and upon presentation of satisfactory proof of her identify and that she has attained the age

2

of eighteen years, shall pay over to the said infant all sums held in said account, the original deposit of which was FIVE THOUSAND DOLLARS ($5,000.00), without further order of this Court, and

(f) that the filing of a bond be dispensed with; and it is

ORDERED, ADJUDGED and DECREED that, of the settlement proceeds, FIVE THOUSAND DOLLARS ($5,000.00) is to be deposited at CITIBANK, N.A., located at 885 Flatbush Avenue, Brooklyn, New York, in the name of MARIE CAMILLE, as m/n/g of the infant plaintiff ROBERTE JOCELYN SOUVERIN; and it is

ORDERED, ADJUDGED and DECREED that, pursuant to N.Y. C.P.L.R. § 1206,

(a) said account shall be fully insured at all times, and

(b) said amount shall be deposited in an account with the highest yield available, irrespective of whether the aforesaid amount is deposited in a savings account, certificate of deposit, or other form of deposit, and

(c) the date of maturity shall not extend beyond the date when the said infant ROBERTE JOCELYN SOUVERIN reaches the age of eighteen years and upon maturity of said deposits, said funds shall continue to draw interest at the highest available yield, and

(d) no withdrawal shall be permitted until the said infant is eighteen years of age, except upon further order of this Court, and

(e) the said bank, upon demand of the said infant ROBERTE JOCELYN SOUVERIN, and upon presentation of satisfactory proof of her identify and that she has attained the age of eighteen years, shall pay over to the said infant all sums held in said

account, the original deposit of which was FIVE THOUSAND DOLLARS ($5,000.00), without further order of this Court, and

(f) that the filing of a bond be dispensed with; and it is

ORDERED, ADJUDGED and DECREED that, of the settlement proceeds, FIVE THOUSAND DOLLARS ($5,000.00) is to be deposited at CITIBANK, N.A., located at 885 Flatbush Avenue, Brooklyn, New York, in the name of MARIE CAMILLE, as m/n/g of the infant plaintiff MARSHELEY JOANNE SOUVERIN; and it is

ORDERED, ADJUDGED and DECREED that, pursuant to N.Y. C.P.L.R. § 1206,

(a) said account shall be fully insured at all times, and

(b) said amount shall be deposited in an account with the highest yield available, irrespective of whether the aforesaid amount is deposited in a savings account, certificate of deposit, or other form of deposit, and

(c) the date of maturity shall not extend beyond the date when the said infant MARSHELEY JOANNE SOUVERIN reaches the age of eighteen years and upon maturity of said deposits, said funds shall continue to draw interest at the highest available yield, and

(d) no withdrawal shall be permitted until the said infant is eighteen years of age, except upon further order of this Court, and

(e) the said bank, upon demand of the said infant MARSHELEY JOANNE SOUVERIN, and upon presentation of satisfactory proof of her identify and that she has attained the age of eighteen years, shall pay over to the said infant all sums held in said

4

account, the original deposit of which was FIVE THOUSAND DOLLARS ($5,000.00), without further order of this Court, and

   (f) that the filing of a bond be dispensed with.


                _____
                FREDERIC BLOCK
                United States District Judge

Brooklyn, New York
June __7__, 2005